MIE (Rev. 09/17) Order of Recusal and Reassignment of District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DANIEL MANCINA,

        Plaintiff(s),

v.

DELTA AIR LINES, INC.,

        Defendant(s).

                         /

Case No. 2:25-cv-13108-NGE-KGA

Honorable Nancy G. Edmunds

Magistrate Judge Kimberly G. Altman

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: October 9, 2025

s/Nancy G. Edmunds
Nancy G. Edmunds
U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Jonathan J.C. Grey .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: October 9, 2025

s/N. Ahmed
Deputy Clerk