MIE (Rev. 09/17) Order of Recusal and Reassignment of District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daniel Mancina,

                    Plaintiff(s),                          Case No.  25-13108

v.                                                         Honorable  Jonathan J.C. Grey

Delta Air Lines, Inc.,                                     Magistrate Judge  Kimberly G. Altman

                    Defendant(s).
                                                    /

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge.  Pursuant to

28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district  judge for

further proceedings.

Date:  October 14, 2025                              s/Jonathan J.C. Grey
                                                     Jonathan J.C. Grey
                                                     U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Robert J. White                              .
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel
of record herein by electronic means or first class U.S. mail.

Date:  October 14, 2025                              s/ S Schoenherr
                                                            Deputy Clerk